**Order filed, October 2, 2019.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-19-00618-CV
_____

**ROYCE ALLEN PHILLIPS, Appellant**

**V.**

**ALICIA LUCILE PHILLIPS, Appellee**

---

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-17786**

---

## ORDER

The reporter's record in this case was due September 23, 2019. _See_ Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Jill Bartek, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM